IH-32                                                                                      Rev: 2014-1

# United States District Court
### for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

MARILYN COLLINS, JENNY HEINZ, ELIZABETH LAPENNE, EMILOU MACLEAN, ANN SHIRAZI, ASYA WEISENHAUS, and CHLOE WEISENHAUS,

Plaintiff

Case Number

14 CV 8815

vs.

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") DEPUTY CHIEF STEVEN ANGER, NYPD LIEUTENANT MICHAEL ZIELINSKI, NYPD LIEUTENANT WILLIAM COOKE, NYPD OFFICER THAMESHWAR SHARMA, SHIELD NO. 22759, NYPD OFFICER FRANCISCO DELGADO, SHIELD NO. 20240, NYPD OFFICER JAMES LOUIE, SHIELD NO. 13986, NYPD OFFICER CHEUNG LI, SHIELD NO. 05474, NYPD OFFICER NIKIM WALKER, SHIELD NO. 02320, and NYPD OFFICER JOHN MCNAMARA, SHIELD NO. 22960,

Defendant



RECEIVED NOV 0 5 2014 U.S.D.C. S.D. N.Y.

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

JOSHUA WILES,

Plaintiff

Case Number

13-c-2898 (VSB)(HBP)

vs.

THE CITY OF NEW YORK, a municipal entity, NEW YORK CITY POLICE DETECTIVE BRIAN PASTULA, NEW YORK CITY POLICE LIEUTENANT ZIELINSKI, NEW YORK CITY POLICE SERGEANT JOHN SLAYNE, NEW YORK CITY POLICE OFFICER JOHN MCNAMARA, and NEW YORK CITY POLICE OFFICERS "JOHN DOES 1-10",

Defendant

IH-32  Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

Upon information and belief, the Wiles case is at the end of discovery and ready for summary judgment briefing.

Also upon information and belief, another related case, Jose Mediavilla v. City of New York, et al., 14CV08642 (VSB)(HBP) was filed by other counsel within the past few days and assigned to Judge Broderick and Magistrate Judge Pittman.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Plaintiffs in this matter were arrested at the same time, place, and location as was the Plaintiff in Wiles, and some of the Wiles Defendants are also Defendants in this matter. However, Plaintiff does not intend to ask the Court for consolidation of this case with Wiles for any purpose.

Signature: _Gideon Oliver_  Date: 11/5/14

Gideon Orion Oliver, Attorney at Law

Firm: _____