Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - -x

5    MARILYN COLLINS, JENNY HEINZ, ELIZABETH
     LAPENNE, EMILOU MACLEAN, ANN SHIRAZI,

6    ASYA WEISENHAUS, and CHLOE WEISENHAUS,

7                        Plaintiffs,

8           -against- Index No.
                        15 CV 8815

9

     THE CITY OF NEW YORK, NEW YORK CITY

10   POLICE DEPARTMENT ("NYPD") DEPUTY CHIEF
     STEVEN ANGER, NYPD LIEUTENANT MICHAEL

11   ZIELINSKI, NYPD LIEUTENANT WILLIAM COOKE,
     NYPD OFFICER THAMESHWAR SHARMA, SHIELD

12   NO. 22759, NYPD OFFICER FRANCISCO
     DELGADO, SHIELD NO. 20240, NYPD OFFICER

13   JAMES LOUIE, SHIELD NO. 13986, NYPD
     OFFICER CHEUNG LI, SHIELD NO. 05474, NYPD

14   OFFICER NIKIM WALKER, SHIELD NO. 02320,
     and NYPD OFFICER JOHN MCNAMARA, SHIELD

15   NO. 22960,

16                      Defendants.

17   - - - - - - - - - - - - - - - - - - - -x

18                      100 Church Street
                        New York, New York

19

                        June 3, 2016

20                      1:39 p.m.

21

22

23        DEPOSITION of DEPUTY CHIEF

24             STEVEN ANGER

25

```
 1                    S. ANGER
 2  personnel there too.
 3      Q.    Anything else that you remember
 4  about Zuccotti Park that day?
 5      A.    No, no.
 6      Q.    Do you remember when the march
 7  stepped off?
 8      A.    I remember the march stepping
 9  off -- I don't remember the exact time.
10      Q.    What do you remember about the
11  march, if anything?
12      A.    I remember the march going
13  north on Broadway on the west side of
14  Broadway on the sidewalk.
15      Q.    What else do you remember with
16  respect to the march?
17      A.    Um -- I don't know the number
18  officers were deployed along the march.
19      Q.    What else do you remember with
20  respect to the march?
21      A.    And I followed up later to
22  Foley Square.  I don't remember if it was
23  immediately after or ten, 15 minutes
24  later.  I don't remember.  I think it was
25  toward or at the end of it or a couple of
```

```
                                          Page 30
 1                    S. ANGER
 2   blocks away; maybe five or ten minutes
 3   later.
 4        Q.    And Detective Nestor was your
 5   aid that day?
 6        A.    Yeah.
 7        Q.    Was Detective Nestor with you
 8   in Zuccotti Park that morning?
 9        A.    Yes.
10        Q.    Did you walk behind the march?
11        A.    I believe I might, I can't
12   remember, right at the very end of it or
13   like I was a block or two away.
14        Q.    Toward the rear as opposed to
15   toward the front?
16        A.    Yeah, I wasn't toward the front
17   at all.
18        Q.    Is there anything else that you
19   remember about the march before it got to
20   the Foley Square area?
21        A.    No.
22        Q.    Do you remember from which
23   direction you, yourself, approached the
24   Foley Square area?
25        A.    I don't remember if I came
```

1                    S. ANGER

2    arrived?

3         A.    Yes.

4         Q.    Were there more than 50 police

5    officers present when you first arrived?

6         A.    Possibly.

7         Q.    What day of the week was

8    November 5th, 2011?

9         A.    I think it was a Saturday.

10         Q.    Was the courthouse at 60 Center

11    Street open?

12         A.    I don't know.

13         Q.    How many demonstrations had you

14    been involved in policing in the area of

15    the courthouse at 60 Center Street prior

16    to November 5th, 2011?

17         A.    I don't know the number, but

18    quite a few.

19         Q.    Prior to November 5th, 2011,

20    were there metal barricades at the bottom

21    of the steps at 60 Center Street?

22         A.    Say that again.

23         Q.    Prior to November 5th, 2011,

24    were there metal barricades at the bottom

25    of the steps at 60 Center Street?

```
 1              S. ANGER
 2      A.    I was concerned there might be
 3  a rush -- a push of people against the
 4  officers that were that holding the mesh
 5  and go back up there.  There was a lot of
 6  chanting going on saying something to the
 7  effect of rush the building, take the
 8  building.
 9      Q.    When you watched the videos
10  that are listed in Plaintiffs' Exhibit
11  exhibit Anger 2 --
12      A.    Uh-huh, yeah.
13      Q.    -- did you hear anyone say rush
14  the building at any point in time?
15      A.    I believe there was something
16  to that effect.  I don't know the exact
17  words.
18      Q.    Do you remember hearing on the
19  video, we want the steps?
20      A.    That might be, yes.
21      Q.    Is that what you were referring
22  to?
23      A.    That was part of it, I believe
24  this was other.  I don't know the exact
25  words being said, something was either
```

Page 54

1                     S. ANGER
2    take the steps or take the building.
3         Q.    Did you see or hear anyone
4    saying those things on any of the videos
5    that you watched?
6         A.    Yes.
7         Q.    What did you hear them saying?
8         A.    I believe it's take the steps.
9    I don't remember about taking the
10   building.  There was words similar to
11   that.  I don't remember exactly.
12        Q.    Which videos did you hear that
13   on?
14        A.    I don't know which it was on.
15        Q.    So you said rush the building
16   and take the building, is there anything
17   else that you remember --
18             MR. OLIVER:  Withdrawn.
19        Q.    Do you actually sitting here
20   today remember hearing anyone say rush
21   the building on November 5th, 2011?
22        A.    Those exact words?
23        Q.    Yes.
24        A.    I don't remember.  I don't
25   remember.

1                S. ANGER
2      Q.    Sitting here today, do you
3  remember anyone saying the exact words
4  take the steps on November 5th, 2011?
5      A.    I believe there was one, yes,
6  in one of the videos that we saw too, I
7  believe.
8            MR. OLIVER:  I'm going to ask
9      the Defendants to identify that
10     portion of the video when we are done
11     with the questioning.
12           The only other option I have is
13     to play all of the videos for the
14     Chief.  I would if I have to.
15           I have watched all of the
16     videos.  I will represent there is no
17     video I'm aware of where anybody says
18     take the steps, rush the building,
19     take the building, or anything other
20     than we want the steps.
21           So you can consider that a
22     supplemental interrogatory to identify
23     by timestamp any portion of any video
24     in which any person says rush the
25     building, take the building, or take

```
 1                    S. ANGER
 2        the steps.
 3             MS. ROBINSON:  I think I heard
 4        him testify words to that effect, is
 5        what I thought him testify to.
 6             MR. OLIVER:  I'm sure his
 7        testimony will speak for itself.  I
 8        will do more questioning if it will
 9        help clarify.
10        Q.    Do you remember sitting here
11   today anyone saying or chanting take the
12   steps on November 5th, 2011?
13        A.    Say that one more time.
14        Q.    Sure.
15             Do you remember sitting here
16   today anyone saying or chanting take the
17   steps on November 5th, 2011?
18        A.    Yes.
19        Q.    And who chanted take the steps
20   on November 5th, 2011?
21        A.    I don't know who said it.
22        Q.    How many people said take the
23   steps on November 5th, 2011?
24        A.    There was a number of people
25   chanting.
```

```
 1                    S. ANGER
 2        Q.    There were a number of people
 3    chanting take the steps on November 5th,
 4    2011?
 5        A.    I believe so, yes.
 6        Q.    How many people did you hear
 7    say take the building on November 5th,
 8    2011?
 9        A.    There I didn't say exact, I
10    said when they were chanting, they were
11    chanting things of that nature or
12    something similar to that.
13        Q.    Is it possible what you are
14    remember is people chanting we want the
15    steps?
16        A.    I believe they were saying
17    that.  I believe there was other things
18    being said.  I don't remember exactly
19    those words.
20        Q.    Earlier you testified that you
21    remembered hearing people saying take the
22    steps on the video that you watched; is
23    that true?
24        A.    I believe I said that it was on
25    the video, yes.
```

```
                                         Page 58
 1                    S. ANGER
 2            MR. OLIVER:  I'm renewing my
 3       identification interrogatory that the
 4       chief identify by timestamp the
 5       portion of the video in which a person
 6       says take the steps.
 7            MS. ROBINSON:  Off the record
 8       for a second.
 9            MR. OLIVER:  Yes.
10            [Discussion held off the
11       record.]
12       Q.    Did you take any steps to
13  address your concern there might be a
14  push or a rush of the steps?
15       A.    We got additional officers
16  along that line because there was some
17  pushing, shoving going on from the
18  demonstrators at the officers.
19       Q.    Anything else?
20       A.    I don't recall right now.
21       Q.    What is the next thing that you
22  remember happening that day?
23       A.    I remember along the line there
24  was an arrest made for a woman that was
25  kicking officers and their legs that was
```

Page 69

S. ANGER

1                        S. ANGER
2   stairs at 60 Center Street, was there
3   other orange mesh deployed at that
4   location on that date?
5        A.    I don't remember.
6             MR. OLIVER:   We will watch it on
7        the video.
8        Q.    What is the next thing that you
9   remember happening that day?
10       A.    After making announcements for
11  people to clear the sidewalk, some people
12  left.  Other people did not leave, and
13  some of them were arrested.
14       Q.    Did you, yourself, direct that
15  the sidewalk be cleared?
16       A.    Yes.
17       Q.    Why?
18       A.    'Cause it was being obstructed
19  and people had to walk in the roadway.
20  It was a safely issue there.
21            Two, people were chanting about
22  the courthouse.  I was concerned about
23  the courthouse too.
24       Q.    Have you already articulated to
25  me all of your concerns about the

1                    S. ANGER

2    courthouse?

3        A.    The safety of the courthouse,

4    the operation of it.  I don't know.  Some

5    courthouses do work on the weekends.

6    ADAs do go there so I'm concerned about

7    everybody's safety in the halls of

8    justice to keep that maintained.

9            I was concerned about the

10   safety there and the safety of people

11   walking in the area.

12       Q.    What led you to be concerned

13   about people walking into the area?

14       A.    They were walking in the

15   roadway, there was traffic trying to go

16   by.

17       Q.    Did you post police officers to

18   direct pedestrian traffic so that

19   wouldn't happen?

20       A.    I don't recall.

21       Q.    Was it your intention to

22   prevent pedestrians from occupying the

23   sidewalk on Center Street between Pearl

24   Street and Worth Street?

25            MS. ROBINSON:  Objection to

```
 1                    S. ANGER
 2       form.
 3                You can answer.
 4       A.    You have to repeat that.
 5       Q.    Was it your intention to
 6    prevent pedestrians from occupying the
 7    sidewalk on Center Street between Pearl
 8    Street and Worth Street?
 9       A.    Not pedestrians walking,
10    demonstrators were there.
11       Q.    Was it your intention to
12    prevent demonstrators from being in that
13    area?
14       A.    No.
15       Q.    So when you directed officers
16    to make announcements, did you intend to
17    clear that sidewalk?
18       A.    To clear the sidewalk of all
19    people in that area.
20       Q.    All people?
21       A.    Yeah.
22       Q.    In that area?
23       A.    Uh-huh.
24       Q.    Except for police officers,
25    right?
```

                        S. ANGER

1
2       A.      Yes.
3       Q.      So you essentially shut down
4   that area of the sidewalk; is that fair
5   to say?
6       A.      At a point, yes.
7       Q.      Temporarily, right?
8       A.      It was temporarily when arrests
9   were going to be made and they refused to
10  leave the sidewalk.
11      Q.      After announcements were made
12  when arrests were going to be made, that
13  is when you intended that area of
14  sidewalk to be shut down to nonpolice
15  personnel?
16      A.      It was mainly left up to the
17  arresting unit to do that.
18      Q.      To do what?
19      A.      To protect themselves to shut
20  down that area to make arrests for safety
21  reasons for the officers.
22      Q.      What is the next thing that you
23  remember happening that day?
24      A.      Some arrests were made.  I
25  don't know the exact number of people