```
                                                         Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - -x
     MARILYN COLLINS,JENNY HEINZ,
 4   ELIZABETH LAPENNE,EMILOU MACLEAN,
     ANN SHIRAZI, ASYA WEISENHAUS and
 5   CHLOE WEISENHAUS
 6                     Plaintiffs,
 7        -against-      Index #: 14CV8815
 8   THE CITY OF NEW YORK, NEW YORK CITY
     POLICE DEPARTMENT("NYPD") DEPUTY CHIEF
 9   STEVEN ANGER, NYPD LIEUTENANT MICHAEL
     ZIELINSKI,NYPD LIEUTENANT WILLIAM COOKE,
10   NYPD OFFICER THAMESHWAR SHARMA,SHIELD
     NO. 22759,NYPD OFFICER FRANCISCO DELGADO,
11   SHIELD NO. 20240,NYPD OFFICER JAMES LOUIE,
     SHIELD NO. 13986,NYPD OFFICER CHEUNG LI,
12   SHIELD 05474,NYPD OFFICER NIKIM
     WALKER,SHIELD NO. 02320,and NYPD OFFICER
13   JOHN MCNAMARA, SHIELD NO. 22960,
14                     Defendants.
15   - - - - - - - - - - - - - - - -x
16                  100 Church Street
                    New York, New York
17                  June 10, 2016
                    11:00 A.M.
18
19       EXAMINATION BEFORE TRIAL of
20   MICHAEL ZIELINSKI, a Defendant in the
21   above-entitled action, held at the above
22   time and place, taken before
23   RIVKA WOONTEILER, a Notary Public of the
24   State of New York, pursuant to order and
25   stipulations between Counsel.
```

```
                                              Page 17
 1                    M. ZIELINSKI
 2    Ms. Robinson?
 3         A.    An hour.
 4         Q.    Did you meet with an attorney
 5    before the deposition that you gave in the
 6    Wiles's case?
 7         A.    Yes.
 8         Q.    Who did you meet with to prepare
 9    for that deposition?
10         A.    Andrew Lucas.
11         Q.    Anybody else?
12         A.    No.
13         Q.    How long was the meeting that
14    you had with Mr. Lucas to prepare for the
15    Wiles's deposition?
16         A.    I don't remember.
17         Q.    Was it more than an hour?
18         A.    Yes.
19         Q.    Was it more than two hours?
20         A.    Yes.
21         Q.    Was it more than four hours?
22         A.    I don't remember.
23         Q.    Okay.  Now would probably be a
24    good time to let you know that I will not
25    ask you to guess.  If you can't remember,
```

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400

```
                                              Page 18
 1              M. ZIELINSKI
 2   I might ask you some follow-up questions
 3   to try to help refresh your recollection,
 4   if my questions don't refresh your
 5   recollection, that is that.  If they do, I
 6   would appreciate having your response.  At
 7   no point will I be going to be ask you to
 8   guess; is that clear?
 9        A.   Yes.
10        Q.   When you met with Ms. Robinson
11   this morning to prepare for the deposition
12   did you -- withdrawn.
13             Did you review any documents to
14   prepare for the deposition today?
15        A.   No.
16        Q.   Did you review any documents
17   yesterday to prepare for the deposition?
18        A.   Yes.
19        Q.   What did you review yesterday?
20        A.   A document that was in regards
21   to the incident in question.
22        Q.   Do you know what document that
23   was called?
24        A.   No.
25        Q.   How long was the document?
```

```
                                              Page 19
 1                  M. ZIELINSKI
 2      A.    Can you clarify that?
 3      Q.    How many pages was the document?
 4      A.    A few hundred.
 5      Q.    Was it your deposition
 6   transcript?
 7      A.    Yes.
 8      Q.    Is it Exhibit 2 sitting in front
 9   of you?
10      A.    Yes.
11      Q.    Aside from that document, did
12   you review anything else to prepare for
13   this deposition?
14      A.    Yes.
15      Q.    What else did you review?
16      A.    Video footage.
17      Q.    How many videos did you review
18   yesterday?
19      A.    One.
20      Q.    Was it a TARU video?
21      A.    I am not sure.
22      Q.    How long was the video?
23      A.    That, I don't know.
24      Q.    How much time did you spend
25   watching the video?
```

```
                                              Page 20
 1                  M. ZIELINSKI
 2       A.    15 minutes.
 3       Q.    Did you see yourself on the
 4   video?
 5       A.    Yes.
 6       Q.    Did you just watch one video
 7   yesterday?
 8       A.    Yes.
 9       Q.    Did the video depict the arrest
10   of a woman on the stairs of 60 Centre
11   Street?
12       A.    No.
13       Q.    Was the video that you reviewed
14   yesterday one of the videos you reviewed
15   to prepare for your deposition in the
16   Wiles's case?
17       A.    No.
18       Q.    Okay.  Do you remember which
19   videos you reviewed to prepare for your
20   deposition in Wiles's?
21       A.    No.
22       Q.    So how do you know the video you
23   reviewed yesterday was not one of the
24   videos you reviewed to prepare for the
25   deposition in Wiles's?
```

Page 68

1          M. ZIELINSKI
2     A.   It is scooters, I don't -- yes.
3     Q.   Does reviewing this picture
4  refresh your recollection of anything that
5  happened on November 5, 2011?
6     A.   No.
7     Q.   1337.  Does reviewing this
8  picture refresh your recollection of
9  anything that happened on November 5,
10 2011?
11    A.   No.
12    Q.   1466.  Does viewing this picture
13 refresh your recollection about anything
14 that happened on November 5, 2011?
15    A.   No.
16    Q.   Did there come a point on
17 November 5, 2011, that you directed
18 officers under your command to move
19 perceived protesters from the sidewalk in
20 front of 60 Centre --
21         MR. OLIVER:  Read that back,
22    please.
23         (Whereupon, a portion of the
24    record was read back.)
25    Q.   Officer Sharma testified that

```
                                            Page 69
 1                 M. ZIELINSKI
 2   you ordered him to tell officers to form a
 3   line and move people south; is that what
 4   happened on November 5, 2011?
 5        A.    Yes.
 6        Q.    Do you remember, sitting here
 7   today, directing officers to form a line
 8   and move people south?
 9        A.    Yes.
10        Q.    Were you directed to give other
11   officers that direction?
12        A.    Yes.
13        Q.    Who directed you?
14        A.    From an officer higher than me,
15   I don't remember directly who gave the
16   order.
17        Q.    Do you remember if it was Chief
18   Anger?
19        A.    It could have been, yes.
20        Q.    Are there other supervisors now
21   who you think it might have been?
22        A.    Yes.  Inspector Tloczkowski,
23   Chief Anger, Captain Miller, Captain
24   Ventrella, Inspector O'Connel, Inspector
25   Kokinnos.
```